Alfred Tabron, Plaintiff-Appellee, v. Roy W. Pleasant, et al., Defendants-Appellants.

Gen. No. 49,892.

First District, Fourth Division.

September 24, 1965.

Joseph E. Davis, of Chicago, for appellant; Alfred Tabron, of Worth, for appellee. Opinion by JUSTICE ENGLISH. Not to be published in full.